**Order entered August 30, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00054-CV

**CHRISTIAN HEYER, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WESTERLAND PARTNERS, LLC, Appellant**

**V.**

**CHRISTIAN GROENKE, ERIC PEUS, BRENT PEUS, AND JOSEPH PEUS, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-08521**

## ORDER

We **GRANT** appellees' August 25, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **OCTOBER 14, 2016**. No further extension will be granted absent extenuating circumstances.


/s/     ELIZABETH LANG-MIERS
        JUSTICE